UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 21-2732

---

CHARLES CLARK, III, *et al.*,
*Plaintiffs-Appellants*,

v.

GOVERNOR OF NEW JERSEY, *et al*,
*Defendants-Appellees*,

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, NO. 1:20-cv-6805

---

**ADDENDUM TO BRIEF OF STATE APPELLEES
GOVERNOR OF NEW JERSEY, ATTORNEY GENERAL OF NEW JERSEY, AND
SUPERINTENDENT OF NEW JERSEY STATE POLICE**

---

    MATTHEW J. PLATKIN
    *Acting Attorney General of New Jersey*

    JEREMY M. FEIGENBAUM
    *State Solicitor*

    ANGELA CAI
    *Deputy State Solicitor*

    ROBERT J. MCGUIRE
    *Deputy Attorney General*

    R.J. Hughes Justice Complex
    25 Market Street, P.O. Box 112
    Trenton, New Jersey 08625
    (609) 376-2787
    Robert.McGuire@law.njoag.gov
    *Attorneys for State Appellees*

**CERTIFICATION OF COMPLIANCE**

Pursuant to L.A.R. 31.1(c), I certify that:

1. The text of the brief filed with the Court by electronic filing on February 25, 2022, is identical, except for signatures, to the text of the paper copies.

/s/ Robert J. McGuire<br>
Robert J. McGuire (NJ ID # 046361992)<br>
Deputy Attorney General

Dated: February 28, 2022