No. 21-2732

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

SOLID ROCK BAPTIST CHURCH, INC., ET AL.,
*Plaintiffs-Appellants,*

v.

GOVERNOR PHILIP D. MURPHY, ET AL.,
*Defendants-Appellees.*

On Appeal from the U.S. District Court for the
District of New Jersey,
Civ. No. 1:20-cv-6805-RMB (Hon. Renée Marie Bumb, U.S.D.J.)

**MOTION OF APPELLANTS SOLID ROCK BAPTIST CHURCH; BIBLE BAPTIST CHURCH OF CLEMENTON; ANDREW REESE; CHARLES CLARK, JR., AND CHARLES CLARK III FOR RE-SCHEDULING OF ORAL ARGUMENT CURRENTLY SET FOR JULY 13, 2022 DUE TO ILLNESS OF ARGUING COUNSEL**

For those reasons which are set forth hereafter, Appellants hereby move the Court for a re-scheduling of the argument upon Appellants' Brief currently set for July 13, 2022 at 10:00 o'clock a.m. to a date following the recovery of Dr. David C. Gibbs, Jr., ("Dr. Gibbs") Appellants' counsel at oral argument.

1.	Dr. Gibbs represents churches around the Nation in various cases and providing legal advice. As part of his work, he routinely travels in a mobile office and works closely with staff members who accompany him while visiting clients.

1

2. Dr. Gibbs was traveling in his mobile office during the week of June 27, 2022 to July 1, 2022. He was traveling with his Executive Assistant, Steve Kluth ("Mr. Kluth").

3. After returning from his scheduled visits during that week, Mr. Kluth began experiencing symptoms of COVID-19 and tested positive for the same on July 1, 2022.

4. Dr. Gibbs has administered several home tests and has not tested positive for COVID-19, but has many of the symptoms of the illness, including but not limited to a sore throat, extreme body aches, and loss of his voice.

5. Dr. Gibbs has been practicing law for more than forty (40) years and cannot ever recall having to reschedule a hearing for health reasons.

6. Both Dr. Gibbs and Mr. Kluth have received all vaccinations and boosters currently recommended by the Centers for Disease Control and Prevention to prevent the onset of COVID-19.

7. Dr. Gibbs' illness is an extraordinary circumstance which constitutes good cause to reschedule oral argument pursuant to F.R.A.P. 34(b) and L.R. 34.2.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that this Court reschedule oral arguments for a date when Dr. Gibbs can attend and present oral argument without.

Respectfully submitted,

BIBLE BAPTIST CHURCH
SOLID ROCK BAPTIST CHURCH
PASTOR ANDREW REESE
PASTOR CHARLES CLARK, JR.
PASTOR CHARLES CLARK III

By their attorneys,

**REILLY, MCDEVITT & HENRICH, P.C.**

By: *s/ Brian Tome*
Brian Tome
3 Executive Campus
Suite 310
Cherry Hill, NJ 08002
Phone: 302.777.1700
Email: btome@rmh-law.com

**ZIMOLONG, LLC**

By: *s/ Walter Stephen Zimolong*
Walter Stephen Zimolong
P.O. Box 552
Villanova, PA 19085
Telephone: 215.665.0842
Email: wally@zimolonglaw.com

**GIBBS & ASSOCIATES LAW FIRM, LLC**

By: *s/ David C. Gibbs, Jr.*
David C. Gibbs, Jr
GIBBS & ASSOCIATES LAW FIRM, LLC
6398 Thornberry Ct.
Mason, Ohio 45040
Telephone: (513) 234-5545
Email: dgibbsjr@gibbs-lawfirm.com

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, I filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send notification and a copy of the motion to counsel who have appeared for the parties and are CM/ECF participants.

Executed this 8th day of July 2022.

*/s/ Brian Tome*
Brian Tome

No. 21-2732

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

SOLID ROCK BAPTIST CHURCH, INC., ET AL.,
*Plaintiffs-Appellants,*

v.

GOVERNOR PHILIP D. MURPHY, ET AL.,
*Defendants-Appellees.*

On Appeal from the U.S. District Court for the
District of New Jersey,
Civ. No. 1:20-cv-6805-RMB (Hon. Renée Marie Bumb, U.S.D.J.)

## **ORDER**

**IT IS HEREBY ORDERED** this _____ day of _____, 2022, the Court having considered Appellant's Motion to Re-Schedule Oral Argument.

Oral Argument is now scheduled on this \_\_\_\_\_ day of _____,2022.

_____
J.